IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLUMBERS AND FITTERS LOCAL UNION 101, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )   Civil No. 04-349 DRH |
| | ) |
| MASON'S LANDSCAPING & CONSTRUCTION SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

### CONSENT JUDGMENT

Judgment is hereby entered on the following terms:

1. Judgment is entered in favor of plaintiffs and against defendant in the amount of $59,345.45, consisting of $35,878.33 in fringe benefit contributions and dues remissions for March 2003 through June 2003; $11,026.21 in liquidated damages on unpaid contributions; $11,026.21 in interest; and $1,414.70 in attorney fees and court costs.  In the event that defendant fully complies with this consent judgment, the judgment will be satisfied by a reduced payment in the amount of $37,293.03 in conjunction with the satisfaction of the requirements set forth below in paragraphs 2, 3 and 4.

2. The defendant shall remit to plaintiffs the sum of $37,293.03 in monthly installments of $500.00 commencing on July 15, 2005, and continuing each month until the sum of $37,293.03 is paid.  Compliance with this requirement is a material term of this consent judgment.

3. Should the defendant receive any monies as a result of the lawsuit it has brought against Taylor-Morley, Inc., which action is currently pending in 20th Judicial Circuit in St. Clair County, Illinois, whether by settlement, judgment, or verdict, defendant shall, within 10 days

of its receipt of such monies, pay the plaintiffs the balance of the $37,293.03 that still remains due. If, as a result of that lawsuit, the defendant receives less than the balance then remaining due to plaintiffs, it shall within 10 days of receipt of such monies pay the defendant 50% of the monies it receives as a result of that lawsuit and thereafter continue its monthly payments until the sum of $37,293.03 has been paid. Should the defendant receive, as a result of that lawsuit, installment payments, this paragraph 3 shall apply to each installment until the defendant has paid plaintiffs $37,293.03. Compliance with this requirement is a material term of this consent judgment.

      Defendant will submit in a timely fashion all future reports and payments required under the terms of any collective bargaining agreement it may enter into with Plumbers and Fitters Local Union 101. Compliance with this requirement is a material term of this consent judgment.

      Should defendant fail to comply with the requirements of either paragraphs 2, 3, or 4, plaintiffs shall give defendant's attorney written notice of that failure by facsimile or mail, and if defendant has not corrected the failure within 15 calendar days of that notice, the balance of the full amount of this judgment, as stated in paragraph 1 above, shall become immediately due, and the plaintiffs will be free to take any steps they choose to collect that balance. Otherwise, if the failure is timely corrected, the defendant shall be deemed to be in compliance with paragraphs 2, 3, and 4.

      If defendant timely complies with paragraphs 2, 3, and 4, above, then this judgment shall be satisfied.

In the event that plaintiffs learn, through examination of defendant's books and records or otherwise, that additional amounts are owed for the period ending June 20, 2003, or any time before or after that period, plaintiffs shall be entitled to seek collection of such additional amounts.

| | |
|---|---|
| DIEKEMPER, HAMMOND, SHINNERS, TURCOTTE AND LARREW, P.C.<br>7730 Carondelet, Suite 200<br>St. Louis, Missouri 63105<br>Phone: (314) 727-1015<br>Fax:  (314) 727-6804 | DUNNE BODET, LLC<br>21 North Meramec<br>St. Louis, Missouri  63105<br>Phone: (314) 421-1300<br>Fax: (314) 662-5542 |
| _s/ Janet E. Young_<br>JANET E. YOUNG #4764<br><br>Attorneys for Plaintiffs | _s/ Gerald M. Dunne [with consent]_<br>GERALD M. DUNNE  #14877<br><br>Attorneys for Defendants |

SO ORDERED:

/s/    David RHerndon

United States District Judge

Date:  <u>June 20, 2005</u>